UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
E.A. SWEEN CO., INC.,

                Plaintiff,

    - against -

A & M DELI EXPRESS INC.,

                Defendant.
------------------------------------------------------------ x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 11 2018 ★

BROOKLYN OFFICE

**ORDER**

17 CV 2514 (RJD) (RML)

DEARIE, District Judge:

Finding no reason or justification to disturb Magistrate Judge Levy's analysis of the Polaroid factors, and with the understanding that only well pleaded specific factual allegations must be credited against the defaulting party, I adopt the Recommendation, deny the motion, and direct entry of judgment against Plaintiff with prejudice.

SO ORDERED

Dated: Brooklyn, New York

      September 11, 2018

                                          s/ RJD

                                         RAYMOND J. DEARIE
                                         United States District Judge